**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6561**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ROBERT PATRICK HOFFMAN, II,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:12-cr-00184-JKW-LRL-1)

———————

Submitted:  June 25, 2026                        Decided:  July 28, 2026

———————

Before AGEE and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Patrick Hoffman, II, Appellant Pro Se.  Elizabeth Marie Yusi, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Patrick Hoffman, II, appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have reviewed the record and Hoffman's arguments on appeal, and we find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Hoffman*, No. 2:12-cr-00184-JKW-LRL-1 (E.D. Va. June 26, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*